AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Heather Kepley, and
Anthony Nolf

*Defendants*

)
)
)
)
)
)
)

Case: 1:23-mj-00071
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/3/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Nolf,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date:  04/03/2023

*Issuing officer's signature*
2023.04.03 13:38:38 -04'00'

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/3/2023, and the person was arrested on *(date)* 4/5/2023
at *(city and state)* Birdsboro, PA.

Date: 4/5/2023

*Arresting officer's signature*

Andrew H. Stengel, Special Agent
*Printed name and title*