IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | MAGISTRATE NUMBER 23-71-2 |
| | : | |
| | : | |
| **ANTHONY NOLF** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Michael McCrossen*
MICHAEL M<sup>c</sup>CROSSEN
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

    I, Michael McCrossen, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Michael Lawrence Barclay, Assistant United States Attorney, office located at 601 D Street NW, Washington, DC 20530.

                                                      */s/ Michael McCrossen*
                                                      MICHAEL M<sup>c</sup>CROSSEN
                                                      Assistant Federal Defender

DATE:      May 10, 2023